### 8738. BENNETT v. MAYOR AND ALDERMEN OF SAVANNAH.

LUKE, J. The evidence of the plaintiff did not raise an issue as to alleged negligence of defendant in maintaining its streets in a reasonably safe condition; and the evidence not proving the case as laid in the petition, the court did not err in granting a nonsuit. *City of A.*

*lanta* v. *Stewart*, 117 *Ga.* 144 (43 S. E. 443) ; *Perkins* v. *West*, 146 *Ga.* 751 (92 S. E. 277).

Judgment affirmed. *Wade, C. J., and Jenkins, J., concur.*

DECIDED NOVEMBER 16, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. February 26, 1917.

*Oliver & Oliver,* for plaintiff.

*R. J. Travis, D. S. Atkinson,* for defendant.

Judgment affirmed. *Wade, C. J., and Jenkins, J., concur.*